922 A.2d 709

IN THE MATTER OF JOHN F. RHODY, AN ATTORNEY AT LAW.

May 24, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–282, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13, **JOHN F. RHODY** of **FAIR-HAVEN**, who was admitted to the bar of this State in 1971, should be reprimanded for violating *RPC* 8.4(b)(criminal act that reflects adversely on the lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JOHN F. RHODY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.